UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD LAROQUE,<br><br>    Plaintiff,<br>  v.<br><br>POLLIANNA J. CAREY-STRUVE,<br><br>    Defendant. | CASE NO. 22-cv-5221 RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 2. The Court has considered the Report and Recommendation and the remaining record.

On April 4, 2022, the Plaintiff, acting *pro se*, filed this case, an application to proceed *informa pauperis* ("IFP"), and a proposed complaint against Ms. Carey-Struve asserting various state torts claims in connection with a dispute over the Plaintiff's son. Dkts. 1 and 1-1. The Report and Recommendation recommends: (1) finding that the Court lacks jurisdiction over the case, (2) denying the application for IFP and (3) dismissing the case without prejudice. Dkt. 2.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

|    |    |
|----|----|
| 1  | The Report and Recommendation should be adopted. No objections were filed. The undersigned lacks jurisdiction to consider the case. The parties are not of diverse citizenship, 28 U.S.C. § 1332, and there is no federal question at issue, 28 U.S.C. § 1331. The Plaintiff's application for IFP should be denied. The case should be dismissed without prejudice. |

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of May, 2022.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2